```
MDP/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
RICHARD WRIGHT,                            ECF CASE

                                           NOTICE OF REMOVAL

                    Plaintiff,             07-CV-1756

     -against-                              Supreme Court,
                                            New York County

                                            Judge: Gerard E. Lynch
GEMINI AIR CARGO, INC., and
JASON S. PERSUN,                            Index No.:
                                            07-101834
                    Defendant.
----------------------------------X
```

S I R S :

PLEASE TAKE NOTICE, that the within is a true copy of a Notice of Removal filed in the above named Court.

1.  This action is being removed from Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

2.  The basis for removal is 28 U.S.C. §1441(b).

3.  The Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) in that the plaintiff, RICHARD WRIGHT, resides at 50 Cottonwood Court, Wantagh, New York 11793 and is a citizen of New York; and defendant, GEMINI AIR CARGO, INC., is incorporated in the State of Delaware; has its principal office in Virginia; and defendant JASON S. PERSUN is a citizen and resident of Montana; and the matter in controversy exceeds one hundred and fifty thousand

dollars ($150,000.00).

Dated:   New York, New York
         February 28, 2007

                                        DOWNING & PECK, P.C.

                                  By:   _____/S/_____
                                          MARGUERITE D. PECK - 3627
                                          Attorneys for Defendants
                                          GEMINI AIR CARGO, INC.
                                          5 Hanover Square - 20th Floor
                                          New York, New York 10007
                                          212-514-9190

TO:   Mark J. Decicco, Esq.
      Bornstein & Emanuel, P.C.
      Attorneys for Plaintiff
      200 Garden City Plaza, Suite 201
      Garden City, New York 11530
      516-227-3777