MDP/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
RICHARD WRIGHT,                          **ECF CASE**

                        Plaintiff,       **RULE 7.1 STATEMENT**

    -against-                            **07-CV-1756**

GEMINI AIR CARGO, INC., and              **Judge: Gerard E. Lynch**
JASON S. PERSUN,

                        Defendant.
--------------------------------X


     Pursuant to Rule 7.1 FRCP, defendant, GEMINI AIR CARGO,

INC.,  identifies the following parent corporation and any

publicly held corporation that owns 10% or more of its stock:

     The Carlyle Group.

Dated:    New York, New York
          February 28, 2007

                          By:  _____/s/_____
                               MARGUERITE D. PECK - 3627