UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

RICHARD WRIGHT,                                    Civil Action No.: 07 cv 1756

                         Plaintiff,

                                                      **PLAINTIFF'S**
          -against-                                   **JURY DEMAND**

GEMINI AIR CARGO, INC. and JASON S.
PERSUN,

                         Defendants.
--------------------------------------------------------------------X

S I R S:

          PLEASE TAKE NOTICE, that plaintiff demands a trial by a jury of all issues in

the within  action.

Dated:      Garden City, New York
            March 7, 2007

                                          BORNSTEIN & EMANUEL, P.C.

                                   By:_____
                                      Anthony J. Emanuel, Esq. (AE 0679)
                                      Attorneys for Plaintiff
                                      200 Garden City Plaza, Suite 201
                                      Garden City, New York 11530
                                      (516) 227-3777

TO:   DOWNING & PECK, P.C.
      Attorneys for Defendant
      GEMINI AIR CARGO, INC.
      5 Hanover Square - 20th Floor
      New York, New York 10007
      (212) 514-9190