```
MDP/mh
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
RICHARD WRIGHT,                            ECF CASE

                    Plaintiff,
                                           AFFIDAVIT OF
                                           SERVICE
    -against-

GEMINI AIR CARGO, INC., and                07-CV-1756
JASON S. PERSUN,
                                           Judge Gerard E. Lynch
                    Defendant.
----------------------------------X
STATE OF NEW YORK   )
COUNTY OF NEW YORK  ) ss.:
```

MEGHAN HOOD, being duly sworn, deposes and says:  I am not a party of this action, I am over 18 years of age, and I reside in Staten Island, New York.

That on March 1, 2007, deponent personally served a copy of the **NOTICE OF REMOVAL** upon:

| | |
|---|---|
| MARK J. DECICCO, ESQ. | Clerk of the Court |
| BRONSTEIN & EMANUEL, P.C. | Supreme Court, New York County |
| Attorneys for Plaintiff | 60 Centre Street |
| 200 Garden City Plaza, Suite 201 | New York, New York 10007 |
| Garden City, New York 11530 | |

by depositing a true copy of same in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                          _____/s/_____
                                          MEGHAN HOOD

```
STATE OF NEW YORK    )
COUNTY OF NEW YORK   ) ss.:
```

    On the 1st day of March in the year 2007 before me, the undersigned, a Notary Public in and for said State, personally appeared MEGHAN HOOD, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                          _____/s/_____
                                          Notary Public