UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
RICHARD WRIGHT,                                   :
:
            Plaintiff,           :
:   07 Civ. 1756 (GEL)
  -against-                                        :
:   **ORDER**
GEMINI AIR CARGO, INC.,                           :
:
            Defendant.           :
:
-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08
```

GERARD E. LYNCH, District Judge:

    The parties having appeared before the Court for a conference on February 29, 2008, it is hereby ORDERED that:

    1.    All discovery in this case shall be completed by May 31, 2008.

    2.    The parties shall appear before the Court for a post-discovery conference on Friday, June 13, 2008, at 3:00 p.m.

Requests for further extensions will be strongly disfavored.

SO ORDERED.

Dated: New York, New York
       February 29, 2008

                                            /s/ Gerard E. Lynch
                                        GERARD E. LYNCH
                                        United States District Judge