UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD WRIGHT,                              Index No.: 07-CV-1756

                 Plaintiff,

                                                                                          ***NOTICE OF APPEARANCE***

      -against-

GEMINI AIR CARGO, INC., and JASON S. PERSUN,

                 Defendants.
-------------------------------------------------------------X

     PLEASE TAKE NOTICE, that I KENNETH BORNSTEIN, Esq., of BORNSTEIN & EMANUEL, P.C., have been retained by RICHARD WRIGHT, the above named Plaintiff. I was admitted to practice in the District on February 10, 1993.

                                       Yours, etc.,

                                       _____
                                       KENNETH BORNSTEIN, ESQ.(KB0433)
                                       BORNSTEIN & EMANUEL, P.C.
                                       Attorneys for Plaintiff
                                       200 Garden City Plaza, Suite 201
                                       Garden City, New York 11530
                                       (516) 227-3777