**BORNSTEIN &
EMANUEL, P.C.**

**MEMO ENDORSED**

ANTHONY J. EMANUEL
KENNETH BORNSTEIN

RICHARD D. SAUL*

200 Garden City Plaza, Suite 201
Garden City, New York 11530

TELEPHONE (516) 227-3777
FAX (516) 228-3299
PLEASE DIRECT ALL CORRESPONDENCE TO GARDEN CITY OFFICE
*ALSO ADMITTED IN CONNECTICUT

NEW YORK CITY OFFICE
BY APPOINTMENT ONLY
380 Lexington Avenue, Suite 2120
New York, New York 10168

*Via Facsimile (212) 805-6712*                                        July 7, 2008



RECEIVED
JUL 0 7 2008
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

Honorable Magistrate Judge Fox
United States District Court
Eastern District of New York
United States Courthouse
New York, New York

Re:     ***Richard Wright v. Gemini Air Cargo***
        ***Docket No: 07-CV-1756***

Dear Honorable Magistrate Judge Fox:

        This letter is to confirm that the undersigned law firm did not receive notification of today's settlement conference scheduled for 2:30 p.m. The first notification we received of a conference was a phone call from your clerk, Ed Pekarek at approximately 1:00 p.m. today. My partner is out of town on vacation, and, I literally walked in from vacation a few minutes prior to Mr. Pekarek's phone call. Otherwise I would have traveled to your Court notwithstanding the 1:00 p.m. notification to appear for this conference.

        The parties to this action had asked Judge Lynch to schedule this conference. The parties agreed to make a good faith effort at resolution of this matter prior to the next scheduled Court appearance of August 15, 2008 before Judge Lynch.

        I hereby request an adjournment of this matter and kindly ask that the Court consider rescheduling this settlement conference prior to August 15, 2008.

        Thank you.

7/7/08
*The above-noted settlement conference was
scheduled for July 7, 2008, by an order of the Court dated
June 18, 2008. The Court's calendar cannot accommo-
date the instant request, that the settlement conference
be rescheduled for a date prior to August 15, 2008.
Therefore, the application is denied.*

KB/js          SO ORDERED:
              *Kevin Nathaniel Fox, U.S.M.J.*

Respectfully submitted,

BORNSTEIN & EMANUEL, P.C.

By: _____
    Kenneth Bornstein, Esq. (KB0433)