

**ANTHONY J. EMANUEL**
**KENNETH BORNSTEIN**

**RICHARD D. SAUL**\*

**BORNSTEIN &**
**EMANUEL, P.C.**

200 Garden City Plaza, Suite 201
Garden City, New York 11530

**TELEPHONE** (516) 227-3777
**FAX** (516) 228-3299
PLEASE DIRECT ALL CORRESPONDENCE TO GARDEN CITY OFFICE
\*ALSO ADMITTED IN CONNECTICUT

ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/08

**NEW YORK CITY OFFICE**
BY APPOINTMENT ONLY
380 Lexington Avenue, Suite 2120
New York, New York 10168

July 8, 2008

RECEIVED
JUL 10 2008

Honorable Judge Gerard E. Lynch
United States District Court
Southern District of New York
United States Courthouse
500 Pearl St., RM. 6 B
New York, NY 10007

     **Re:**   *Richard Wright v. Gemini Air Cargo*
        *Docket No: 07-CV-1756*

Dear Honorable Judge Lynch:

    This letter is respectfully submitted to request that Mark J. DeCicco, Esq., be
removed as the attorney of record in the above referenced matter. Be advised that he is no
longer affiliated with this firm. This matter is being handled by Kenneth Bornstein, Esq.
of Bornstein & Emanuel, P.C.

    Thank you.

            Respectfully submitted,

            BORNSTEIN & EMANUEL, P.C.

            By: _____
KB/              Kenneth Bornstein, Esq. (KB0433)
cc: Downing & Peck
   5 Hanover Square, 20th Floor
   New York, New York 10007

           **SO ORDERED**

           _____
           **GERARD E. LYNCH, U.S.D.J.**

             7/21/08