UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RICHARD WRIGHT,

              <u>Plaintiff</u>,

  -against-

GEMINI AIR CARGO, INC.,

              <u>Defendant</u>.

------------------------------------------------------------x

07 Civ. 1756 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

      This case was scheduled for a conference on August 15, 2008. By letter dated July 22, 2008, defendant informed the Court that it has filed for Chapter 11 bankruptcy, and that accordingly, all litigation as to defendant has been stayed by the Bankruptcy Court.

      As no proceedings in this Court will be conducted until the Bankruptcy Court lifts the stay, and as the bankruptcy proceedings are outside the control of this Court, the Clerk of the Court is respectfully directed to transfer this case to the suspense docket until further notice.

SO ORDERED.

Dated: New York, New York
       July 29, 2008

                                                  _____
                                                   GERARD E. LYNCH
                                                   United States District Judge