UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
RICHARD WRIGHT, :
:
                Plaintiff, :
: 07 Civ. 1756 (GEL)
  -against- :
: **ORDER**
:
GEMINI AIR CARGO, INC., :
:
                Defendant. :
:
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      In an Order dated July 29, 2008 (Doc. # 13), this Court directed the Clerk of the Court to transfer the above-captioned case to the suspense docket until further notice as this case was stayed by the Bankruptcy Court for the Southern District of Florida due to the bankruptcy of defendant.

      On August 6, 2008, the Bankruptcy Court entered an order granting plaintiff relief from the automatic stay to allow him to pursue his claims against defendant to the extent of available insurance coverage insuring defendant to satisfy the claim.

      Accordingly, it is hereby ORDERED that the Clerk of Court is respectfully directed to transfer this case from the suspense docket to the Court's active docket. The parties shall inform the Court when a mediation date before Magistrate Judge Kevin N. Fox has been scheduled.

SO ORDERED.

Dated: New York, New York
       August 25, 2008

                                                /s/ Gerard E. Lynch
                                         GERARD E. LYNCH
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08